PLANO DE MENSURA DE UN SOLAR UBICADO EN EL # 222, DE LA CALLE BLANCA E. CHICO, CENTRO URBANO DEL TERMINO MUNICIPAL DE MOCA, PUERTO RICO.
PROPIEDAD DE DON PABLO SALAS MANGUAL

NORTE 

PLANO DE LOCALIZACION

CATASTRO # 070 - 022 - 002 - 28

DATOS DE INSCRIPCION:
FINCA # 9635
MOCA, PR.

NOTA:
1. EL CONTROL HORIZONTAL DE ESTE PLANO ESTA REFERIDO AL SISTEMA DE COORDENADAS LAMBERT NAD/83, PARA EL TERRITORIO DE PUERTO RICO & ISLAS VIRGENES, USA.

CONTROL HORIZONTAL
EL CRISTO
X = 128,138.170
Y = 262,230.299

CENTROIDE
X = 128,174.918
Y = 262,319.141

LEYENDA
- POSTE
- TRANSFORMADOR
- PUNTO DE COLINDANCIA
- CENTRO DE CALLE
- LIMITE DE PROPIEDAD
- ESTRUCTURA MUEBLERIA SAULO

ESCUELA ADOLFO BABILONIA

DESGLOSE DE CABIDAS
CABIDA SEGUN ESCRITURA    366.6869 M.C. = 0.0932 CDS.
CABIDA SEGUN MENSURA      380.4738 M.C. = 0.0968 CDS
DIFERENCIA    +            13.7869 M.C. = 0.0035 CDS.
EQUIVALENTE A UN AUMENTO DE 3%.

MODESTO HERNANDEZ MORALES

IGLESIA CATOLICA
CALLE BLANCA E. CHICO
ANTONIO LOPERENA NIEVES

3.53 M
2.09 M
1.50 M
# 222

TABLA DE MENSURA

COORDENADAS LAMBERT NAD/83

| PUNTO | X | Y | RUMBO | DISTANCIA | DESCRIPCION |
|---|---|---|---|---|---|
| 1 | 128,163.540 | 262,312.855 |  |  | VARILLA # 5 |
| 2 | 128,174.696 | 262,332.495 | N 29D 48' 25" E | 22.43 | COLUMNA |
| 3 | 128,186.951 | 262,325.406 | S 29D 28' 46" E | 14.03 | TUBO 1 1/2" |
| 4 | 128,181.407 | 262,303.428 | S 13D 51' 52" O | 22.75 | MURO |
| 1 | 128,163.540 | 262,312.855 | N 27D 40' 22" O | 20.16 | VARILLA # 5 |

A = 380.4738 M.C. = 0.0968 CDS.

NOTA ESPECIAL:
TODAS LAS MEDIDAS EXPRESADAS EN ESTE PLANO, ESTAN EN METROS LINEALES Y CUADRADOS.

CERTIFICO CORRECTO:

JUAN ARVELO DIAZ
AGRIMENSOR LICENCIADO
LIC.# 6663

A 24 DE JUNIO DE 2020